UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 30, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-cr-00015-TLN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JULIUS CAUBAT, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Julius Caubat</u>; Case <u>2:15-cr-00015 TLN</u> from custody and for the following reasons:

    \_\_    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of _____

    _X_    Unsecured Appearance Bond in the amount of $100,000.00, cosigned by defendant's parents

    \_\_    Appearance Bond with 10% Deposit

    _X_    Appearance Bond in the amount of $50,000.00 secured by the real properties owned by defendant's parents

    \_\_    Corporate Surety Bail Bond

    _X_    (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>1/30/2015</u> at 2:55 pm.

By _____
Kendall J. Newman
United States Magistrate Judge