```
FILED
January 30, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:15-cr-00015-TLN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JULIUS CAUBAT, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Julius Caubat</u>; Case <u>2:15-cr-00015 TLN</u> from custody and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's parents

    __   Appearance Bond with 10% Deposit

    _X_   Appearance Bond in the amount of <u>$50,000.00</u> secured by the real properties owned by defendant's parents

    __   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>1/30/2015</u> at 2:55 pm.

By _____
Kendall J. Newman
United States Magistrate Judge