TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
JULIUS CAUBAT

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JULIUS CAUBAT,

    Defendant.

Case No.: 2:15-CR-00015 TLN

**WAIVER OF PERSONAL APPEARANCE; ORDER**

    Defendant JULIUS CAUBAT hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

//

//

- 1 -

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:  January 28, 2015                    /s/ Julius Caubat
                                            JULIUS CAUBAT
                                            Defendant

DATED:  January 28, 2015                    /s/ Tasha Paris Chalfant
                                            TASHA PARIS CHALFANT
                                            Attorney for Defendant
                                            JULIUS CAUBAT

(Original Signatures on File at Attorney's Office)

**IT IS SO ORDERED.**

DATED:  February 5, 2015
                                            Troy L. Nunley
                                            United States District Judge