TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JULIUS CAUBAT

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIUS CAUBAT,<br><br>Defendant. | CR.S. 2:15-CR-00015 GEB<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND**<br><br>Judge: Hon. Garland E. Burrell, Jr. |

On or about January 30, 2015, an $30,000 appearance bond, secured by a Deed of Trust to the real Property of Julieta B. Caubat and Rodrigo R. Caubat in Thurston County, Washington was posted on behalf of defendant JULIUS CAUBAT. On January 19, 2018, JULIUS CAUBAT was sentenced by this Court to 51 months and ordered to surrender on March 2, 2018. According to the Designation Notification, JULIUS CAUBAT was to surrender to Herlong SCP which he has now done.

Accordingly, it is now requested that the secured bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor the Deed of Trust received by the Clerk on or about January 30, 2015.

DATED: March 7, 2018      /s/ Tasha Paris Chalfant
                                                           TASHA PARIS CHALFANT
                                                           Attorney for Defendant
                                                           JULIUS CAUBAT

## **O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $30,000 posted by JULIUS CAUBAT and secured by real property owned by Julieta B. Caubat and Rodrigo R. Caubat in Thurston County, Washington, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustor at the property address contained in the Deed of Trust.

Dated: March 15, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge